IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL ARGUETA-ESPINOZA,<br><br>Defendant. | 4:18MJ3133<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion for temporary transfer of custody is granted.

2) Defendant's custody is temporarily transferred to the Federal Public Defender to attend an immigration hearing. Defendant is not permitted to go anywhere other than directly from federal custody to the immigration hearing, and then returning directly to federal custody. Transportation will be provided by Defendant's counsel or counsel's office.

September 12, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge